UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PEGGY CERALDI

v.   CASE NO.  3:17CV  1628 (WWE) (RMS)

LINDA STRUMPF
U.S. EQUITIES CORP.

### MOTION TO DETERMINE SUFFICIENCY OF DEFENDANTS' RESPONSES TO REQUEST FOR ADMISSIONS

Plaintiff moves, pursuant to F. R. Civ. P. Rules 36(a)(6) and 37(a)(4), for an appropriate order mandating defendants to comply with Rule 36, deeming admitted the defendants' noncompliant responses to request for admissions, or such other relief as Rule 36 contemplates.

A copy of the requests and supplemented responses is appended.

THE PLAINTIFF

BY_____
JOANNE S. FAULKNER ct04137
    123 Avon Street
    New Haven, CT 06511-2422
    (203) 772-0395
    j.faulkner@snet.net